UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSEPH MARONE,

              Plaintiff,

-against-

GARDEN CITY POLICE DEPT.,
P.O. PAUL HENNESSEY, Badge #130,
DET. KEVIN MADDEN, Badge #91,

              Defendants.
-----------------------------------------------------------X

**ORDER**
14-CV-4214 (SJF)(SIL)

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y
★ SEP 08 2014 ★
LONG ISLAND OFFICE

FEUERSTEIN, District Judge:

    On July 9, 2014, incarcerated *pro se* plaintiff Joseph Marone ("plaintiff") commenced this civil rights action against the Garden City Police Department, P.O. Paul Hennessey, Badge #130, and Det. Kevin Madden, Badge #91 (collectively, "defendants") pursuant to 42 U.S.C. § 1983 ("Section 1983") alleging, *inter alia*, that his April 22, 2014 arrest and the search incident thereto were unlawful. Accompanying the complaint is an application to proceed *in forma pauperis*.

    Upon review of the declaration accompanying plaintiff's application to proceed *in forma pauperis*, the Court finds that plaintiff's financial status qualifies him to commence this action without prepayment of the filing fee. *See* 28 U.S.C. § 1915(a)(1). Accordingly, plaintiff's application to proceed *in forma pauperis* is granted.

    IT IS HEREBY ORDERED that plaintiff is granted leave to file the complaint without prepayment of the filing fee or security; and

    IT IS FURTHER ORDERED that the Clerk of Court must forward to the United States Marshal Service for the Eastern District of New York copies of plaintiff's summonses, complaint, the Notice of Hearing dated September 8, 2014, and this Order for service upon the defendants without prepayment of fees; and

IT IS FURTHER ORDERED that the Clerk of Court must mail a copy of this Order to the plaintiff.

**SO ORDERED.**

s/ Sandra J. Feuerstein
_____
Sandra J. Feuerstein
United States District Judge

Dated: September 8, 2014
      Central Islip, New York