EDWARD P. MANGANO
County Executive



CARNELL T. FOSKEY
County Attorney

## COUNTY OF NASSAU
### OFFICE OF THE COUNTY ATTORNEY
One West Street
Mineola, New York 11501-4820
516-571-3056
FAX: 516-571-6604

Writer's Telephone: 516-571-3011
Writer's Facsimile: 516-571-3058
Writer's E-Mail: pfernandez@nassaucountyny.gov

September 18, 2014

Hon. Sandra J. Feuerstein
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-4449

Re:   Marone v. Garden City, et al.
      14-CV-4214 (SJF)(SIL)

Dear Judge Feuerstein,

The Nassau County Attorney's Office represents Nassau County. On September 11, 2014 our office received, via certified mail return receipt requested, a copy of Plaintiff's summons and complaint in connection with the above-referenced matter. It also appears from the summons' rider that a certain PO Paul Hennessey and Detective Madden [named defendants] were mailed copies at 1490 Franklin Ave., Mineola, NY 11591 [Nassau County Police Department Headquarters].

It appears that the summons and complaint have been erroneously sent to Nassau County Police Department ("NCPD"). The complaint alleges that the law enforcement agency involved was Garden City Police Department. *DE# 1 at III.B. and IV.* The complaint further alleges that the officers were also from the Garden City Police Department. *Id.* In addition, this office has requested that NCPD Records conduct a search for PO Paul Hennessey (Badge #130) and Det. Madden (Badge #91) and no such NCPD personnel was found.

Thus it appears that the summons were transmitted to NCPD and this office in error by the US Marshall Service. Upon information, it is believed that the agency involved in this incident may have been Garden City and the named individuals are Garden City Police Department personnel.

Hon. Sandra J. Feuerstein
September 18, 2014

Thanking the Court for its time and consideration, I remain

                                                          Respectfully,

                                                          Pablo A. Fernandez
                                                          Deputy County Attorney

                                                          Michael Kusi
                                                          Law Student Intern

cc:     Joseph Marone
        #14003502
        Nassau County Correctional Center
        100 Carman Avenue
        East Meadow, New York 11554